IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ZACHARIAH JAMES GARNER,**<br>[DOB 05/13/1988]<br><br><br>Defendant. | No. 20-5016-01-CR-SW-MDH<br><br>**COUNT 1**<br>18 U.S.C. §§ 2261A(1)(B) and 2261(b)(6)<br>NLT 1 Year Imprisonment<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 2261A(2)(B) and 2261(b)(6)<br>NLT 1 Year Imprisonment<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT 3**<br>18 U.S.C. §§ 2262(a)(1) and (b)(5)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>Restitution<br>$100 Special Assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on an unknown date, but at least as early as March 31, 2020, through May 6, 2020, said dates being approximate, in Jasper County, and elsewhere in the Western District of Missouri, **ZACHARIAH JAMES GARNER**, the defendant, traveled in interstate commerce from the State of Kansas to Jasper County in the State of Missouri with the intent to injure, harass,

and intimidate another person, A.G., and in the course of and as a result of such travel engaged in conduct that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to A.G., which conduct was committed while the defendant was under a no contact order pursuant to an ex parte order of protection issued by the Jasper County Circuit Court, all in violation of Title 18, United States Code, Sections 2261A(1)(B) and 2261(b)(6).

## COUNT 2

Beginning on an unknown date, but at least as early as March 31, 2020, through May 6, 2020, said dates being approximate, in Jasper County, and elsewhere in the Western District of Missouri, **ZACHARIAH JAMES GARNER**, the defendant, used facilities of interstate or foreign commerce, including the cellular network, with the intent to injure, harass, and intimidate another person, A.G., and in the course of and as a result of such travel engaged in conduct that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to A.G., which conduct was committed while the defendant was under a no contact order pursuant to an ex parte order of protection issued by the Jasper County Circuit Court, all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(6).

## COUNT 3

Beginning on an unknown date, but at least as early as March 31, 2020, through May 6, 2020, said dates being approximate, in Jasper County, and elsewhere in the Western District of Missouri, **ZACHARIAH JAMES GARNER**, the defendant, traveled in interstate commerce from the State of Kansas to Jasper County in the State of Missouri with the intent to engage in conduct that would violate the portion of a protection order, that is, an ex parte order of protection issued on March 30, 2020, by the Jasper County Circuit Court in case number 20AP-PN00303,

that provided protection against violence, threats, harassment, and prohibited contact and communication with A.G., and did subsequently engage in such conduct, in violation of Title 18, United States Code, Section 2262(a)(1) and (b)(5).

                                                  **A TRUE BILL**

                                                  */s/ Kevin Elliott*
                                                  FOREPERSON OF THE GRAND JURY

*/s/ Ami Harshad Miller*
**AMI HARSHAD MILLER** #57711      DATED:    07/15/2020
Assistant United States Attorney        Springfield, Missouri