# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Jasper / Southwestern

**Matter to be Sealed**
- ☐ Secret Indictment
- ☐ Juvenile

**Defendant Information**

Defendant Name: ZACHARIAH JAMES GARNER

Alias Name:

Birth Date: 05/13/1988

**Related Case Information**

Superseding Indictment? ☐ Yes ☑ No  If yes, original case number: _____

New Defendant(s)? ☑ Yes ☐ No

Prior Complaint Case Number, if any: _____

Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

AUSA Ami Miller

**Interpreter Needed?**
- ☐ Yes  Language and/or Dialect: _____
- ☑ No

**Location Status**

Arrest Date: _____

- ☐ Currently in Federal Custody
- ☐ Currently in State Custody
- ☑ Currently on Bond

**Writ Required?** ☐ Yes ☑ No

**Warrant Required?** ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 3 counts

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2261.F INTERSTATE DOMESTIC VIOLENCE | 1 |
| 2 | 18:2261.F INTERSTATE DOMESTIC VIOLENCE | 2 |
| 3 | 18:2262.F INTERSTATE VIOLATION OF PROTECTION ORDER | 3 |
| 4 | | |

(May be continued on reverse)

Revised: 04-25-2018